IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSEPH BELLOMY,
    Plaintiff,

v.

PREMIER HEALTH PARTNERS, et al.,

    Defendants.

Case No. 3:21-cv-60

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447(c) (DOC. #6); CAPTIONED CAUSE REMANDED TO THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO FOR FURTHER PROCEEDINGS; JUDGMENT TO BE ISSUED ACCORDINGLY; TERMINATION ENTRY

---

On February 22, 2021, Defendants Premier Health Partners ("Premier") and Physicians & Surgeons Ambulance Service, Inc., dba American Medical Response ("AMR") (collectively, "Defendants") filed a Notice of Removal, Doc. #1. The case was previously filed in the Common Pleas Court of Montgomery County, Ohio, Case No. 2021 CV 134, Docket ID: 35158861. Removal was pursuant to 28 U.S.C. § 1453(b) and 28 U.S.C. § 1332(d)(2)(A), also known as the Class Action Fairness Act ("CAFA"). *Id.*

On March 4, 2021, Defendants filed a "Notice of Withdrawal of Notice of Removal," Doc. #6. In this filing, which the Court construes as a motion to remand, Defendants request that this case be remanded to the Common Pleas

Court of Montgomery County, Ohio, pursuant to 28 U.S.C. § 1447(c). They represent that counsel for Plaintiff, Joseph Bellomy, has no objection to an Order remanding this case to the Common Pleas Court of Montgomery County, Ohio. *Id.*

Because Plaintiff has no objection, Defendants' Motion, Doc. #6, is SUSTAINED.

This captioned cause is remanded to the Common Pleas Court of Montgomery County, Ohio, pursuant to 28 U.S.C. § 1447(c), with judgment to be issued accordingly.

This captioned cause is hereby terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: March 30, 2021

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE