AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOSEPH BELLOMY, <br> *Plaintiff* <br> v. <br> PREMIER HEAL TH PARTNERS, et al <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:21-cv-60 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   This captioned cause is remanded to the Common Pleas Court of Montgomery County, Ohio, pursuant to 28 U.S.C. § 1447(c), with judgment to be issued accordingly.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Walter H. Rice   on a motion for Remand

Date: 3/30/21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*